1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                        **DISTRICT OF NEVADA**

6                                 * * *

7    ISABEL APARECIDA AULER, et al.,          Case No. 2:18-cv-01522-JAD-BNW

8              Plaintiffs,
                                              **ORDER**
9        v.

10   THE HERTZ CORPORATION, et al.,

11             Defendants.

12

13         Presently before the court is defendant Hertz's Motion for Issuance of Requests for

14   International Judicial Assistance ("Letters Rogatory") (ECF No. 32), filed on May 10, 2019.

15   Counsel for plaintiffs Isabel Aparecida Auler and Carlos Alberto Rodrigues De Freitas and

16   counsel for defendant Robert Charles Stevens stated at a hearing held before this court on May

17   21, 2019 that they did not oppose this motion.

18         Having reviewed the motion, and there being no opposition, this court will sign the two

19   original Letters Rogatory in the English language attached as Exhibit A to ECF No. 32.  The court

20   notes Hertz provided copies of the Letters Rogatory that were translated in Portuguese, but

21   Hertz's motion does not specifically request that the court sign the Portuguese documents.  To the

22   extent Hertz also requests the court to sign the Portuguese documents, Hertz may make an

23   appropriate motion and must include an appropriate translator's declaration regarding the

24   accuracy of the translation as Hertz did in this motion.

25         IT IS SO ORDERED.

26         IT IS FURTHER ORDERED that the Clerk of Court is to: (i) make the Letters Rogatory

27   signed by this court a part of the record by entering them on the electronic docket, (ii) place the

28   court's official embossed seal upon each signed Letters Rogatory; (iii) make these signed Letters

Rogatory with the embossed seal available for pick-up by Hertz's counsel at the Clerk of Court's office.

IT IS FURTHER ORDERED that upon receipt of the evidence requested, Hertz's counsel must file in the electronic record the certificate evidencing that the Letters Rogatory have been executed.

DATED: May 22, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1

2

3

4              UNITED STATES DISTRICT COURT

5                  DISTRICT OF NEVADA

6

7   ISABEL APARECIDA AULER, an individual, )   No. 2:18-cv-01522
    CARLOS ALBERTO RODRIGUES DE            )
8   FREITAS, an individual,                )
                                           )
9                       Plaintiffs,        )   **REQUEST FOR INTERNATIONAL**
                                           )   **JUDICIAL ASSISTANCE**
10  vs.                                    )   **(LETTERS ROGATORY)**
                                           )
11  THE HERTZ CORPORATION, a Delaware      )
    corporation, ROBERT CHARLES STEVENS,   )
12  an individual, and DOES 1-10. Inclusive, )
                                           )
13                      Defendants.        )
                                           )
14

15          The UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA presents its

16  compliments to the appropriate judicial authority of Brazil, and requests international judicial

17  assistance to obtain evidence to be used in a civil proceeding before this Court in the above

18  captioned matter.  A Trial is not presently scheduled on this matter.

19

20          The Court requests the assistance described herein as necessary in the interests of justice.

21  The assistance requested is that the appropriate judicial authority of Brazil compel the appearance of

22  the below named individuals to produce documents:

23
    **1.  Rede D'Or Sao Luiz**
24
    **Rua Engenheiro Oscar Americano**
25
    **840 – São Paulo – SP – CEPT 05673050**
26

27  ///

28

1

2. **Hospital São Luiz**

   Rua Engenheiro Oscar Americano, 840 – Jardim Guedala,

   São Paulo – SP, 05605-050, Brazil


3. **Dr. Pedro Paulo Porto, Jr.**

   Av. Albert Einstein, 627 – Bloco A1 – 3 andar – Sala 309

   Morumbi – São Paulo – SP – CEP: 05652-900


4. **Delphin Aziz Hospital**

   Av. Torquato Tapajos

   Manaus - Brazil 69063-449


5. **Dr. Americo Zoppi Filho**

   Rua Barata Ribeiro, 380 – cj 21 – 12 Andar, Bela Vista 01308-050

   Sao Paulo


6. **Candida Helena Pires De Camargo**

   Rua Maranhao, 00544, Higeonopolis,

   CEP 1240, Sao Paulo, Brazil


7. **Elisabela Gomes Faustino**

   Rua Bacurubu, 7

   Vila Verde, Sao Paulo – SP CEP 08230-580

8. Home Angels Unidade Santa Cecilia

   Av. Fancisco Matarazzo, 1752 Agua Branca

   Sao Paulo – SP 05001-200


9. Ismair F. Lourenco

   Rua Sao Francisco de Assis

   150 apto 64 bloco 2

   Diadema – SP 09911-000


10. Danielle Mayumi Takeishi Ossanai

    Av. Professor Ascendino Reis

    724 Vila Clementino, Sao Paulo – SP 04027-000


11. Mensa Distribuidora

    Rua Rio Bonito, 1682 Bras

    Sau Paolo – SP 03023-000


12. Gino Material Hospitalar

    R. Dr. Rafael de Barros

    609 Paraiso, Sao Paulo – SP 04003-041

    Documents to be produced: Copies of all medical records, x-ray films and reports, and billing

for any and all medical treatment of Isabel Aparecida Auler, DOB: XX-XX-1961.

3

**FACTS**

This is a civil case involving an automobile incident that took place on January 01, 2017, in Las Vegas, Nevada. It is alleged that Plaintiff Isabel Auler (a Brazilian citizen) was struck by a vehicle being driven by Defendant Robert Charles Stevens at Defendant Hertz's rental car return area. Plaintiff Auler alleges injuries from the incident, and sought medical care both in Las Vegas, Nevada, and in her home Country of Brazil. Plaintiff Auler's medical records and bills from Brazil are important because they provide evidence related to her alleged injuries and damages in this case.

The purpose of this Request for International Judicial Assistance is to allow Defendant Hertz to subpoena Plaintiff Auler's medical records from her medical providers in Brazil. The subpoena in English and Portuguese to Rede D'Or Sao Luiz is attached hereto as "**Exhibit A.**" The subpoena in English and Portuguese to Hospital São Luiz is attached hereto as "**Exhibit B.**" The subpoena in English and Portuguese to Dr. Pedro Paulo Porto, Jr. is attached hereto as "**Exhibit C.**" The subpoena in English and Portuguese to Delphin Aziz Hospital is attached hereto as "**Exhibit D.**" The subpoena in English and Portuguese to Dr. Americo Zoppi Filho is attached hereto as "**Exhibit E.**" The subpoena in English and Portuguese to Candida Helena Pires De Camargo is attached hereto as "**Exhibit F.**" The subpoena in English and Portuguese to Elisangela Gomes Faustino is attached hereto as "**Exhibit G.**" The subpoena in English and Portuguese to Home Angels Unidade Santa Cecilia is attached hereto as "**Exhibit H.**" The subpoena in English and Portuguese to Ismair F. Lourenco is attached hereto as "**Exhibit I.**" The subpoena in English and Portuguese to Danielle Mayumi Takeishi Ossanai is attached hereto as "**Exhibit J.**" The subpoena in English and Portuguese to Mensa Distribuidora is attached hereto as "**Exhibit K.**" The subpoena in English and Portuguese to Gino Material Hospitalar is attached hereto as "**Exhibit L.**"

The Brazilian medical providers will not produce the medical records of Plaintiff Auler unless Defendant Hertz follow the letters rogatory process.  Plaintiff Auler has agreed to release her medical records to Defendant Hertz and has signed an Authorization to Disclose Health Information, which is attached hereto as **"Exhibit M,"** in both English and Portuguese.  Defendant Hertz would like the court's assistance with obtaining the requested medical records and information through the letters rogatory process.

**RECIPROCITY**

This requesting Court is agreeable to providing similar assistance to the appropriate judicial authority of Brazil.

**REIMBURSEMENT FOR COSTS**

This requesting Court is agreeable to reimbursing the appropriate judicial authority of Brazil for costs incurred in executing the requesting court's letters rogatory.

_____
Magistrate Judge
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Las Vegas, NV USA

Date: May 22, 2019

K:\Client\111\17\002\Pleadings\Letters Rogatory - Rede D'Or Sao Luiz.docx

5

1

2

3

4                       UNITED STATES DISTRICT COURT

5                            DISTRICT OF NEVADA

6

7   ISABEL APARECIDA AULER, an individual,  )  No. 2:18-cv-01522
    CARLOS ALBERTO RODRIGUES DE              )
8   FREITAS, an individual,                  )
                                             )
9                          Plaintiffs,       )       **REQUEST FOR INTERNATIONAL**
                                             )          **JUDICIAL ASSISTANCE**
10       vs.                                 )          **(LETTERS ROGATORY)**
                                             )
11  THE HERTZ CORPORATION, a Delaware        )
    corporation, ROBERT CHARLES STEVENS,     )
12  an individual, and DOES 1-10. Inclusive, )
                                             )
13                         Defendants.       )
                                             )
14  _____

15       The UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA presents its

16  compliments to the appropriate judicial authority of Brazil, and requests international judicial

17  assistance to obtain evidence to be used in a civil proceeding before this Court in the above

18  captioned matter.  A Trial is not presently scheduled on this matter.

19

20       The Court requests the assistance described herein as necessary in the interests of justice.

21  The assistance requested is that the appropriate judicial authority of Brazil compel the appearance of

22  the below named individuals to produce documents:

23  **1. Rede D'Or Sao Luiz**

24

25     **Rua Engenheiro Oscar Americano**

26     **840 – São Paulo – SP – CEPT 05673050**

27  ///

28

                                           1

2. **Hospital São Luiz**

   Rua Engenheiro Oscar Americano, 840 – Jardim Guedala,

   São Paulo – SP, 05605-050, Brazil

3. **Dr. Pedro Paulo Porto, Jr.**

   Av. Albert Einstein, 627 – Bloco A1 – 3 andar – Sala 309

   Morumbi – São Paulo – SP – CEP: 05652-900

4. **Delphin Aziz Hospital**

   Av. Torquato Tapajos

   Manaus - Brazil 69063-449

5. **Dr. Americo Zoppi Filho**

   Rua Barata Ribeiro, 380 – cj 21 – 12 Andar, Bela Vista 01308-050

   Sao Paulo

6. **Candida Helena Pires De Camargo**

   Rua Maranhao, 00544, Higeonopolis,

   CEP 1240, Sao Paulo, Brazil

7. **Elisabela Gomes Faustino**

   Rua Bacurubu, 7

   Vila Verde, Sao Paulo – SP CEP 08230-580

2

8. **Home Angels Unidade Santa Cecilia**

   Av. Fancisco Matarazzo, 1752 Agua Branca

   Sao Paulo – SP 05001-200


9. **Ismair F. Lourenco**

   Rua Sao Francisco de Assis

   150 apto 64 bloco 2

   Diadema – SP 09911-000


10. **Danielle Mayumi Takeishi Ossanai**

    Av. Professor Ascendino Reis

    724 Vila Clementino, Sao Paulo – SP 04027-000


11. **Mensa Distribuidora**

    Rua Rio Bonito, 1682 Bras

    Sau Paolo – SP 03023-000


12. **Gino Material Hospitalar**

    R. Dr. Rafael de Barros

    609 Paraiso, Sao Paulo – SP 04003-041

    Documents to be produced: Copies of all medical records, x-ray films and reports, and billing

for any and all medical treatment of Isabel Aparecida Auler, DOB: XX-XX-1961.

3

# FACTS

This is a civil case involving an automobile incident that took place on January 01, 2017, in Las Vegas, Nevada. It is alleged that Plaintiff Isabel Auler (a Brazilian citizen) was struck by a vehicle being driven by Defendant Robert Charles Stevens at Defendant Hertz's rental car return area. Plaintiff Auler alleges injuries from the incident, and sought medical care both in Las Vegas, Nevada, and in her home Country of Brazil. Plaintiff Auler's medical records and bills from Brazil are important because they provide evidence related to her alleged injuries and damages in this case.

The purpose of this Request for International Judicial Assistance is to allow Defendant Hertz to subpoena Plaintiff Auler's medical records from her medical providers in Brazil. The subpoena in English and Portuguese to Rede D'Or Sao Luiz is attached hereto as "**Exhibit A.**" The subpoena in English and Portuguese to Hospital São Luiz is attached hereto as "**Exhibit B.**" The subpoena in English and Portuguese to Dr. Pedro Paulo Porto, Jr. is attached hereto as "**Exhibit C.**" The subpoena in English and Portuguese to Delphin Aziz Hospital is attached hereto as "**Exhibit D.**" The subpoena in English and Portuguese to Dr. Americo Zoppi Filho is attached hereto as "**Exhibit E.**" The subpoena in English and Portuguese to Candida Helena Pires De Camargo is attached hereto as "**Exhibit F.**" The subpoena in English and Portuguese to Elisangela Gomes Faustino is attached hereto as "**Exhibit G.**" The subpoena in English and Portuguese to Home Angels Unidade Santa Cecilia is attached hereto as "**Exhibit H.**" The subpoena in English and Portuguese to Ismair F. Lourenco is attached hereto as "**Exhibit I.**" The subpoena in English and Portuguese to Danielle Mayumi Takeishi Ossanai is attached hereto as "**Exhibit J.**" The subpoena in English and Portuguese to Mensa Distribuidora is attached hereto as "**Exhibit K.**" The subpoena in English and Portuguese to Gino Material Hospitalar is attached hereto as "**Exhibit L.**"

The Brazilian medical providers will not produce the medical records of Plaintiff Auler unless Defendant Hertz follow the letters rogatory process.  Plaintiff Auler has agreed to release her medical records to Defendant Hertz and has signed an Authorization to Disclose Health Information, which is attached hereto as "**Exhibit M**," in both English and Portuguese.  Defendant Hertz would like the court's assistance with obtaining the requested medical records and information through the letters rogatory process.

**RECIPROCITY**

This requesting Court is agreeable to providing similar assistance to the appropriate judicial authority of Brazil.

**REIMBURSEMENT FOR COSTS**

This requesting Court is agreeable to reimbursing the appropriate judicial authority of Brazil for costs incurred in executing the requesting court's letters rogatory.

_____
Magistrate Judge
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Las Vegas, NV USA

Date: May 22, 2019

K:\Client\111\17\002\Pleadings\Letters Rogatory - Rede D'Or Sao Luiz.docx

5