Shayne L. Wulterin, Esq., Bar No. 7565
Kevin R. Lazar, Esq., Bar No. 9610
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax

FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 590-3525 Fax

Attorneys for Defendant,
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL APARECIDA AULER, an individual, CARLOS ALBERTO RODRIGUES DE FREITAS an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation, ROBERT CHARLES STEVENS, an individual, and DOES 1- 10 inclusive<br>Defendants, | Case No.: 2: 18-cv-01522 -JCM-NJK<br><br>[PROPOSED] ORDER AND STIPULATION TO EXTEND HERTZ'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR SANCTIONS |

## [PROPOSED] ORDER AND STIPULATION

THE PARTIES STIPULATE AS FOLLOWS:

WHEREAS any opposition to Plaintiffs' Motion for Sanctions is currently due on or before August 30, 2019, and;

WHEREAS the parties have agreed to extend the date for any opposition to Plaintiffs' Motion for Sanctions to be filed up to and including Wednesday, September 04, 2019,

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS

1. That any opposition to Plaintiffs' Motion for Sanctions be filed on or before Wednesday, September 04, 2019.

Dated: August 30, 2019

/s/ Jonathan Capp
**JONATHAN C. CAPP , ESQ**
Attorney for Plaintiffs

/s/ Kevin Lazar
**KEVIN LAZAR, ESQ.**
**FORD WALKER. HAGGERTY & BEHAR,** Attorney for Defendant HERTZ CORPORATION

/s/ Pedro Cisneros
**PEDRO CISNEROS**
**EMERSON LAW GROUP**
Attorney for Defendant ROBERT C. STEVENS

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated this: September 4, 2019

# CERTIFICATE OF SERVICE

The foregoing **[PROPOSED] ORDER AND STIPULATION TO EXTEND HERTZ'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR SANCTIONS** was electronically submitted to be electronically served through the Court's e-service on August 30, 2019 and service will be made to everyone on the e-service list including but not limited to the following counsel for the parties:

| | |
|---|---|
| James E. Murphy, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>(702) 893-3383; (702) 893-3789 Fax<br>James.Murphy@lewisbrisbois.com<br>***Attorneys for The Hertz Corporation*** | Martin L. Welsh, Esq.<br>Law Offices of Hayes & Welsh<br>199 N. Arroyo Grande Blvd.<br>Henderson, NV 89074<br>702-434-3444; 702-434-3739 Fax<br>Mwelsh@lvlaw.com<br>***Attorney for Plaintiffs,***<br>***Isabel Aparecida Auler & Carlos Alberto Rodrigues De Freitas*** |
| Jonathan Charles Capp, Esq.<br>13891 Bassmore Drive<br>San Diego, CA 92129<br>760-231-6498; 858-435-2510<br>jcclex@gmail.com<br>***Attorney for Plaintiffs (Pro hac Vice),***<br>***Isabel Aparecida Auler & Carlos Alberto Rodrigues De Freitas*** | Phillip R. Emerson, Esq.<br>Emerson Law Group<br>1055 Whitney Ranch Drive, Suite 120<br>Henderson, NV 89014<br>702-384-9444<br>receptionist@emersonlawgroup.com<br>***Attorney for Robert Charles Stevens*** |

/s/ William Jordan
William Jordan, an employee of
FORD, WALKER, HAGGERTY & BEHAR

[PROPOSED] ORDER AND STIPULATION TO EXTEND HERTZ'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR SANCTIONS -3-