Jonathan C. Capp, (CA SBN 177585)
13891 Bassmore Drive
San Diego, CA 92129
Tel. 760 231 6498
Fax. 858 435 2510
Email: jcclex@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL APARECIDA AULER, an individual, CARLOS ALBERTO RODRIGUES DE FREITAS an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation, ROBERT CHARLES STEVENS, an individual, and DOES 1- 10 inclusive<br>Defendants, | **Case No.: 2: 18-cv-01522 -JAD-BNW**<br><br>STIPULATION TO DISMISS DEFENDANT ROBERT CHARLES STEVENS WITH PREJUDICE<br><br>AND ORDER<br><br>ECF No. 80 |

**STIPULATION**

Upon the approval of the motion for good faith settlement by the court in this matter and upon the direction of the honorable court,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and

STIPULATION TO DISMISS -1-

hereby is dismissed as to Defendant ROBERT CHARLES STEVENS only *with* prejudice pursuant to FRCP 41(a)(1).

Dated: November 12, 2019

/s/
**JONATHAN C. CAPP, ESQ**
Attorney for Plaintiffs

/s/
**KEVIN LAZAR, ESQ.**
**FORD WALKER. HAGGERTY & BEHAR,** Attorney for Defendant HERTZ CORPORATION

/s/
**PEDRO CISNEROS**
**EMERSON LAW GROUP**
Attorney for Defendant ROBERT C. STEVENS

### ORDER

Based on the parties' stipulation [80] and good cause appearing, IT IS HEREBY ORDERED that **the claims against Defendant Robert C. Stevens are DISMISSED** with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 16, 2019