Jonathan C. Capp,  (CA SBN 177585)
13891 Bassmore Drive
San Diego, CA 92129
Tel. 760 231 6498
Fax. 858 435 2510
Email: jcclex@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL APARECIDA AULER, an individual, CARLOS ALBERTO RODRIGUES DE FREITAS an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation, ROBERT CHARLES STEVENS, an individual, and DOES 1- 10 inclusive<br>Defendants, | **Case No.: 2: 18-cv-01522 -JAD-BNW**<br><br>**NOTICE OF ERRATA** |

**NOTICE OF ERRATA**

Please find attached corrected copy of Exhibit A to stipulation for leave to file Second Amended complaint. [Doc.# 111-1]

Notice of Errata -- 1

The originally filed proposed 2nd Amended complaint [Doc.# 111-1]erroneously did not include the signature of counsel above signature line at the end of the proposed 2nd Amended complaint.

DATED: October 6, 2021.

/s/ _____
JONATHAN C. CAPP ESQ.
LAW OFFICES OF JONATHAN C. CAPP
Attorney for Plaintiffs

### Order

IT IS ORDERED that ECF No. 111 is GRANTED. The Clerk of Court is kindly directed to detach and separately file the proposed amended complaint at ECF No. 112-1.

**IT IS SO ORDERED**
**DATED:** 10:32 am, October 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**