Jonathan C. Capp, (CA SBN 177585
13891 Bassmore Drive
San Diego, CA 92129
Tel. 760 231 6498
Fax. 858 435 2510
Email: jcclex@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALBERTO RODRIGUES DE FREITAS as the Administrator of the Estate of Isabel Auler ( deceased), CARLOS ALBERTO RODRIGUES DE FREITAS an individual. . <br><br>Plaintiffs, <br><br>vs. <br><br>THE HERTZ CORPORATION, a Delaware corporation, ROBERT CHARLES STEVENS, an individual, and DOES 1- 10 inclusive <br>Defendants, | **Case No.: 2: 18-cv-01522 -JAD-BNW** <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT FOR DAMAGES** |

**STIPULATION AND [PROPOSED]ORDER ALLOWING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT FOR DAMAGES**

WHEREAS on or about October 7, 2021, Plaintiffs ("Plaintiffs") filed their Second Amended Complaint for damages against Defendants in this action

WHEREAS Plaintiffs seeks to file their Third Amended Complaint for Damages, which only adds sixth and seventh causes of action for Wrongful Death (NRS 41.085) based upon the death of former Plaintiff Isabel Auler.

WHEREAS in lieu of Plaintiffs filing a motion to make a motion per, inter alia, FRCP 15 the parties have agreed to permit Plaintiffs to file a Third Amended Complaint.

WHEREAS a copy of Plaintiffs proposed Third Amended Complaint for Damages is attached hereto as Exhibit "A."

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant HERTZ CORPORATION, by and thru their counsel that,

1. Plaintiffs should be granted leave to amend to file their Third Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A."

2. Defendant's responsive pleading shall be due thirty (14) days after the Second Amended Complaint for Damages is filed.

DATED: October 5, 2021.

/s/ Jonathan C. Capp
JONATHAN C. CAPP ESQ.
LAW OFFICES OF JONATHAN C. CAPP
Attorney for Plaintiffs

Kevin Lazar
/s/
KEVIN LAZAR ESQ.
FORD WALKER. HAGGERTY & BEHAR
Attorney for Defendant HERTZ CORPORATION

/s/ James E. Murphy
JAMES E. MURPHY ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorney for Defendant HERTZ CORPORATION

**Order**

IT IS ORDERED that ECF No. 116 is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court shall detach ECF No. 116-1 and separately file it on the docket.

IT IS SO ORDERED

DATED: 8:46 am, October 20, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order re. Third Amended Complaint --  2