Shayne L. Wulterin, Esq., Bar No. 7565
Kevin R. Lazar, Esq., Bar No. 9610
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax

FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 590-3525 Fax

Attorneys for Defendant,
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALBERTO RODRIGUES DE FREITAS as the Administrator of the Estate of Isabel Auler (deceased), CARLOS ALBERTO RODRIGUES DE FREITAS, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation, ROBERT CHARLES STEVENS, an individual, and DOES 1-10. Inclusive,<br><br>          Defendants. | Case No. 2:18-cv-01522-JAD-BNW |

**ORDER AND STIPULATION TO EXTEND SUPPLEMENTAL EXPERT DICSLOSURE**

**DEADLINE**

TO THE HONORABLE COURT: THE PARTIES STIPULATE AS FOLLOWS:

WHEREAS the parties are diligently pursuing discovery in this case,

1

**ORDER AND STIPULATION TO EXTEND SUPPLEMENTAL EXPERT DICSLOSURE**

**DEADLINE**

1  WHEREAS the parties have supplied their initial disclosures and continue to make supplemental disclosures,

2  WHEREAS the parties have propounded numerous sets of written discovery and all parties have responded to the same,

3  WHEREAS a FRCP Rule 35 examination of Plaintiff Carlos De Freitas went forward with psychiatrist Manuel Saint Martin on February 3, 2022, on behalf of Defendant Hertz,

4  WHEREAS Defendant Hertz has retained an infections disease expert to perform a medical record review and offer opinions related to the cause of Plaintiff Auler's death,

5  WHEREAS Plaintiff has retained a replacement psychiatrist expert to replace Dr. Norton Roitman, who fell ill,

6  WHEREAS the parties need an additional two (2) weeks' time to have their experts prepare expert reports,

THEREFORE, in the circumstances, good cause exists to continue the supplemental expert deadline for two (2) weeks. The current supplemental expert disclosure deadline is February 17, 2022. The parties agree on a new supplemental expert disclosure deadline date of March 3, 2022. The parties do not wish to continue any other dates as set forth in the current Discovery Deadlines contained in (Doc #120). The current deadlines are as follows:

| Item | Deadline |
| --- | --- |
| Complete all discovery | April 18, 2022 (no change) |
| Supplemental/New expert reports exchanged | **February 17, 2022 (to be continued to March 3, 2022 pursuant to this Stipulation)** |
| Prepare and file dispositive motions | April 23, 2022 (no change) |

///
///
///
///

2

**ORDER AND STIPULATION TO EXTEND SUPPLEMENTAL EXPERT DICSLOSURE DEADLINE**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

The current supplemental expert disclosure deadline is continued from February 17, 2022 to March 3, 2022. The parties do not wish to continue any other dates as set forth in the current Discovery Deadlines contained in (Doc #120).

Respectfully submitted,

Dated: February 16, 2022

BY: _____
Shayne L. Wulterin, Esq., Bar No. 7565
Kevin R. Lazar, Esq., Bar No. 9610
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax
Attorneys for Defendant,
THE HERTZ CORPORATION

BY: /s/Jonathan Capp
Jonathan Capp, Esq.
Attorneys for Plaintiffs

**ORDER**
**IT IS SO ORDERED**

**DATED:** 4:31 pm, February 17, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

ORDER AND STIPULATION TO EXTEND SUPPLEMENTAL EXPERT DICSLOSURE DEADLINE