UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Carlos Alberto Rodrigues De Freitas, individually and as administrator of Isabel Aparecida Auler's estate,

    Plaintiff

v.

The Hertz Corporation,

    Defendant

Case No.: 2:18-cv-01522-JAD-BNW

**Ruling on Defendant's Objections to Plaintiff's Designated Deposition Testimony**

[ECF No. 211]

Defendant Hertz filed objections to plaintiff De Freitas's designations of deposition testimony that he intends to present at trial.[1] The following objections are sustained:

Jessica Desautels

    19:21–20:4
    51:11–20
    52:8–53:25
    55:14–59:5
    85:12–86:14
    88:24–89:11
    92:10–20

Judelyn Gonsalves

    21:20–24
    32:24–25
    34:1–2

Gregory Orr

    56:2–8
    56:9 (the portion that reads "Yeah, certainly" only)
    56:15–16
    57:7–10, 14
    108:24–112:14

---

[1] ECF No. 211.

All other objections are overruled.

_____
U.S. District Judge Jennifer A. Dorsey
May 24, 2023