UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Alberto Rodrigues De Freitas, individually and as administrator of Isabel Aparecida Auler's estate,<br><br>　　　　Plaintiff<br><br>v.<br><br>The Hertz Corporation,<br><br>　　　　Defendant | Case No.: 2:18-cv-01522-JAD-NJK<br><br>**Ruling on Defendant's Objections to Plaintiff's Designated Deposition Testimony of Rodrigo do Carmo Carvalho and Elisangela Gomes Faustino**<br><br>[ECF Nos. 211, 212] |

　　　Defendant Hertz filed objections to plaintiff De Freitas's designations of deposition testimony that he intends to present at trial.[1] The defendant's amended objections to the following depositions are sustained:

　　　Rodrigo do Carmo Carvalho (November 26, 2019)

　　　　13:18–14:25
　　　　15:16–16:21
　　　　22:1–14
　　　　27:13–23
　　　　57:11–24

　　　Rodrigo do Carmo Carvalho (October 25, 2022)

　　　　10:24–11:13
　　　　32:15–36:4
　　　　36:21–37:1
　　　　39:2–40:5
　　　　40:21–41:14
　　　　42:11–21
　　　　43:9–44:2
　　　　50:13–52:17
　　　　52:21–54:8
　　　　55:22–25
　　　　56:10–16
　　　　57:15–21

---

[1] ECF No. 211; ECF No. 212.

  59:7–60:4
  61:5–7
  61:25–65:23
  66:1–4
  66:5 (the portion that reads "people—people like that" only)

<u>Elisangela Gomes Faustino (December 18, 2019)</u>

  9:2–10:15
  16:1–25
  23:9–18
  28:23–29:22

<u>Elisangela Gomes Faustino (September 7, 2022)</u>

  45:20–25
  55:7–18
  63:22–64:12
  64:13 (the portion that reads "Did he—" only)
  66:20–25

All other objections to these depositions are overruled.

_____
U.S. District Judge Jennifer A. Dorsey
May 26, 2023