**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Carlos Alberto Rodrigues De Freitas, individually and as administrator of Isabel Aparecida Auler's estate, | Case No.: 2:18-cv-01522-JAD-NJK |
| Plaintiff | **Ruling on Defendant's Objections to Plaintiff's Designated Deposition Testimony of Miriam Caguin and Robert Stevens** |
| v. | |
| The Hertz Corporation, | [ECF Nos. 211, 235] |
| Defendant | |

Defendant Hertz filed objections to plaintiff De Freitas's designations of deposition testimony that he intends to present at trial.[1]  The defendant's amended objections to the following depositions are sustained:

Miriam Caguin

4:19–21
38:19–25
41:2–25 (This portion may be presented if 40:22–23 is included for context.)

Robert Stevens

19:21–25
21:11–19
22:1–25
38:12–39:5
40:16–25
41:12–42:6
43:14–45:19
58:1–13
59:16–18
60:14–20
64:9–65:24
68:13–72:5
74:24–75:21

---

[1] ECF No. 211; ECF No. 235.

76:24–78:9
82:1–4
82:14–25
104:8–25
105:6–107:14
108:2–23 (starting at the portion that reads "And in the meantime")
109:7–110:4

All other objections as to these witnesses are overruled.

_____
U.S. District Judge Jennifer A. Dorsey
May 30, 2023

2