UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Alberto Rodrigues De Freitas, individually and as administrator of Isabel Aparecida Auler's estate,<br><br>　　　　Plaintiff<br><br>v.<br><br>The Hertz Corporation,<br><br>　　　　Defendant | Case No.: 2:18-cv-01522-JAD-NJK<br><br>**Ruling on Defendant's Objections to Plaintiff's Designated Deposition Testimony of Candida Helena Pires and Rabih Najjar**<br><br>[ECF Nos. 211, 234] |

　　　　Defendant Hertz filed objections to plaintiff De Freitas's designations of deposition testimony that he intends to present at trial.[1]  The defendant's amended objections to the following depositions are sustained:

　　　　Candida Helena Pires

　　　　　　15:1–7, 9–14
　　　　　　51:8–14

　　　　Rabih Najjar

　　　　　　38:23–39:11
　　　　　　40:5–12
　　　　　　40:23–43:3
　　　　　　52:18–53:24
　　　　　　71:1–72:8
　　　　　　77:5–12
　　　　　　89:17–90:20
　　　　　　90:23–91:20
　　　　　　97:6–98:2 (but can be read if plaintiff also reads in 97:1–7, 10–16, 18–19, 25 starting with "I think," and 98:1–2)

---

[1] ECF No. 211; ECF No. 234.

All other objections as to these witnesses are overruled.

_____
U.S. District Judge Jennifer A. Dorsey
May 31, 2023